IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANDREA CANTRELL, as parent/guardian and
next friend of SADIE CANTRELL, a minor,**

    Plaintiff,

v.                                        No. 11-cv-0044 JEC/SMV

**MARIANNE K. ALBASI,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. On August 23, 2012, the Honorable Bruce D. Black, former Chief United States District Judge, granted Plaintiff's motion to join GEICO Insurance as a Defendant. Memorandum Opinion [Doc. 41]; *see also* Order [Doc. 42] (filed concurrently with the Opinion). To date, the record reflects no activity on part of Plaintiff to proceed with her claims against GEICO Insurance, nor has GEICO Insurance filed an answer. Pursuant to D.N.M.LR-Civ. 41.1, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." In well over 90 days, Plaintiff has failed to develop the case with respect to Defendant GEICO Insurance.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff show cause no later than **January 22, 2013**, why her claims against GEICO Insurance should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**