## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ANDREA CANTRELL,**

    Plaintiff,

v.                                                                                          No. 11-cv-0044 JEC/SMV

**MARIANNE K. ALBASI and**
**GOV'T EMPS. INS. CO.,**

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      Thursday, January 31, 2013, at 9:30 a.m.

**Matter to be heard**:   Status conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Thursday, January 31, 2013, at 9:30 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**