IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANDREA CANTRELL,**

    **Plaintiff,**

**v.**                                                                                          No. 11-cv-0044 JEC/SMV

**MARIANNE K. ALBASI and**
**GOV'T EMPS. INS. CO.,**

    **Defendants.**

### ORDER GRANTING MOTION TO VACATE AND RESET HEARING

THIS MATTER is before the Court on Defendants' Motion to Vacate and Reset Hearing [Doc. 49]. Defendants request to vacate the telephonic status conference presently set for January 31, 2013, at 9:30 a.m., and to reset it for the afternoon of March 27, 2013. The Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Vacate and Reset Hearing [Doc. 49] is **GRANTED**. The Court's Order Setting Telephonic Status Conference [Doc. 46] is **VACATED**.

**IT IS FURTHER ORDERED** that a telephonic status conference is hereby set for **Wednesday, March 27, 2013**, at **2:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**