IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA CANTRELL, AS
PARENT/GUARDIAN, AND NEXT FRIEND
OF SADIE CANTRELL, A MINOR,

     Plaintiff,

        v.                               11-CV-00044 KG/SMV

MARIANNE K. ALBASI,

     Defendant.

ORDER

On February 14, 2013, the Defendant filed a Motion to Set Aside Default. (Doc. 53). On November 14, 2013, the Court denied the Motion to Set Aside Default without prejudice and allowed the Defendant until November 28, 2013 to file an amended motion to set aside the default judgment. (Doc. 69). The Court stated that if the Defendant failed to file an amended motion to set aside the default judgment, the Motion to Set Aside Default would be denied with prejudice. The Defendant did not file an amended motion to set aside the default judgment before November 28, 2013.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Set Aside Default (Doc. 53), filed February 14, 2013, is denied with prejudice.

UNITED STATES DISTRICT JUDGE