IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA CANTRELL,

    Plaintiff,

v.                                              No. 11-cv-0044 KG/SMV

MARIANNE K. ALBASI,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    February 19, 2014, at 4:00 p.m.

**Matter to be heard**:  Discuss whether to set a discovery schedule.

    A telephonic status conference is hereby set for **February 19, 2014, at 4:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.