IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREA CANTRELL, as
Parent/Guardian and Next
Friend of SADIE CANTRELL,
a minor,

      Plaintiff,

      vs.                                                    Civ. No. 11-44  KG/KK

MARIANNE K. ALBASI, and
GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court on the Report and Recommendation by United States Magistrate Judge Kirtan Khalsa (Doc. 117), filed May 12, 2015, regarding the Joint Motion for Court Approval of Settlement on Behalf of a Minor (Doc. 96), filed March 20, 2015. The Magistrate Judge found that the parties' proposed settlement of the minor Plaintiff's claims is fair and reasonable, and recommended that the settlement be approved. On May 26, 2015, the parties filed a Joint Notice of Waiver of Objections to Report and Recommendations by Magistrate Judge (Doc. 118), in which they waived any objections to the Proposed Findings and Recommended Disposition.

I concur with the Magistrate Judge's findings and recommendations. I therefore: (1) adopt the Guardian *ad Litem*'s Report (Doc. 109); (2) find that the proposed settlement involving the minor is fair and reasonable; (3) grant the parties' Joint Motion for Court Approval of Settlement on Behalf of a Minor (Doc. 96); (4) approve disbursement of settlement funds as

agreed upon at the May 11, 2015, hearing; and (5) release the Guardian *ad Litem* from her duties in this case. The parties are to submit dismissal documents to the Court within fourteen (14) days of entry of this Order.

    **IT IS SO ORDERED.**

                                                                                **UNITED STATES DISTRICT JUDGE**