IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREA CANTRELL, AS
PARENT/GUARDIAN, AND NEXT FRIEND
OF SADIE CANTRELL, A MINOR,
    Plaintiff,

v.                                                     2011-CV-00044-KG-KK

MARIANNE K. ALBASI, ET AL AND
GOVERNMENT EMPLOYEES
INSURANCE COMPANY,(GEICO)
    Defendant.

ORDER OF DISMISSAL WITH PREJUDICE

      THIS MATTER comes before the Court upon the stipulation of the parties hereto to dismiss this case with prejudice, as evidenced by the signatures of the undersigned counsel, after reviewing the documents and pleadings on file, and being otherwise sufficiently advised in the premises and the settlement of this matter having been approved by the Guardian ad litem and the recommendation by the U.S. Magistrate, which was adopted by this Court.

      IT IS HEREBY ORDERED that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

**Approved By:**

BEHLES LAW FIRM PC

/s/ Jennie Deden Behles
Jennie Deden Behles
Les W. Sandoval, of-counsel
*Attorney for Plaintiff Cantrell*
P.O. Box 7070
Albuquerque, NM 87194-7070
(505) 242-7004   (505) 242-7066
Email: jennie@jdbehles.com
Email: lessandoval@hotmail.com


s/_____
Kerry Cait Marinelli
*Attorney for Def. Albasi and Geico Staff Counsel*
625 Silver Ave. SW, Suite 300
Albuquerque, NM 87102
(505)-830-0566    (505)-830-0567 Fax
Email: kmarinelli@geico.com